USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IRIS JIMENEZ,

                Plaintiff,

    - against -

LINCOLN PROSPECT ASSOCIATES LLC
AND RIVAS TRAVEL AND MULTISERVICE
CORP.,

               Defendants.
-------------------------------------------------------------X

23-CV-3552 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On March 5, 2024, Counsel (Mitchell Segal) for Defendant Rivas Travel and Multiservice Corp. ("Rivas") filed a motion to withdraw. (Dkt. 30.) Because Rivas is a corporate entity, it cannot proceed pro se (i.e, without legal representation by counsel). Any response to the motion to withdraw, including by Rivas, shall be filed no later than March 18, 2024. Absent any response, the Court will grant the motion to withdraw and will stay the matter for the 30 days to give Rivas an opportunity to retain new counsel. If new counsel for Rivas does not appear within that 30-day period, Rivas will be in default and may be subject to default judgment against it. By March 11, 2024, Counsel for Rivas shall file an affidavit of service on Rivas of the motion papers and this Order.

                                  SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: March 6, 2024
        New York, New York

Copies transmitted this date to all counsel of record.