UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IRIS JIMENEZ,                                           :
                                                       :        23-CV-3552 (JPO) (RWL)
                           Plaintiff,                  :
                                                       :        **ORDER**
           - against -                                 :
                                                       :
LINCOLN PROSPECT ASSOCIATES LLC                        :
AND RIVAS TRAVEL AND MULTISERVICE                      :
CORP.,                                                 :
                                                       :
                           Defendants.                 :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the case management plan entered July 13, 2023, the parties are to file a status report every 90 days. The last status report was filed February 15, 2024. Accordingly, by July 26, 2024, the parties shall file a joint status report.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 19, 2024
        New York, New York

Copies transmitted this date to all counsel of record.

1