

Via ECF Filing
Honorable J. Paul Oetken, U.S. District Court Judge          September 12, 2024
United States District Court
Southern District Of New York
40 Foley Square, Courtroom #706
New York, NY 10007

Re: Jimenez v. Lincoln Prospect Associates LLC et al
Case No.: 1:23-cv-03552-JPO-RWL

Dear Judge J. Paul Oetken:

I represent the Defendant Rivas Travel and Multiservice Corp. and respectfully request an extension of time to file a summary judgment motion to September 23, 2024. Defendant Rivas Travel and Multiservice Corp. seeks to file a summary judgment motion. Your Honor's individual rules state that unless ordered by the Court, summary judgment motions shall be filed within fourteen (14) days after the close of discovery. Fact discovery was to be completed by November 13, 2023. I kindly request that this extension be granted. I have contacted Plaintiff's counsel, and they have not provided their consent to this extension or asserted a reason for the denial of their consent. This is the first request for an extension of time to file a summary judgment motion. I respectfully request the Court to grant this extension of time.

I thank your Honor for the time taken to review this request.

Respectfully submitted,

/s/ Mitchell Segal

Mitchell Segal

---

Request denied. As the Court previously indicated, discovery closed on February 13, 2024, and the parties were ordered to proceed with pre-trial submissions. (See Dkt. 29.) Applications to extend were granted, and the parties jointly filed a status report on July 26, 2024 stating that they were meeting and conferring on pretrial submissions. (See Dkt. 38.) On September 10, 2024, the Court ordered Defendants to provide comments on Plaintiff's proposed pretrial filings by September 25, 2024, and directed that the pretrial documents be filed by October 15, 2024. Defendant's instant request (without any attempt to explain or justify the request) for an extension of time to file for summary judgment is untimely and comes far too late.

SO ORDERED:

9/19/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

---

Long Island Office
1129 Northern Boulevard, Suite 404, Manhasset, N.Y. 11030

New York City Office
137 Fifth Avenue, 9th Floor, New York, N.Y. 10010

msegal@segallegal.com | (212) 388-9444 | (516) 415-0100 | 800-700-CASE | (516) 706-6631 | www.segallegal.com