UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRIS JIMENEZ,

                Plaintiff,

-v-

RIVAS TRAVEL AND MULTISERVICE CORP.,

                Defendant.

23-CV-3552 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The jury trial in this case is hereby scheduled to begin on **Monday, November 17, 2025 at 9:30 a.m.** Jury selection and the trial will take place in Courtroom 706, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated: May 21, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge